UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TONEA BAKER,

    Plaintiff,

v.                                                    Case No. 6:20-cv-1522-Orl-37LRH

SPECTRUM,

    Defendant.

## ORDER

Plaintiff moved to proceed in forma pauperis. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends denying the IFP Motion and dismissing Plaintiff's complaint (Doc. 1) without prejudice for failing to allege subject matter jurisdiction. (Doc. 8 ("**R&R**").)

Plaintiff did not object to the R&R, and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 8) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.     Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

4. By Monday, **November 9, 2020** Plaintiff may file an amended complaint that addresses the deficiencies identified in the R&R (Doc. 8). Failure to do so may result in the closure of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 26, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party